Court of Pennsylvania denied upon the ground that the federal question was not properly presented to, and was not passed upon by, the Supreme Court of Pennsylvania. *Messrs. Robert von Moschzisker, Schofield Andrews,* and *Nathan L. Miller* for petitioners. *Messrs. Wm. A. Schnader* and *William A. Gray* for respondent.

No. 459. CALIFORNIA *v.* GENERAL MOTORS ACCEPTANCE CORP. December 5, 1932. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. U. S. Webb* for petitioner. *Mr. Wm. E. Colby* for respondent.

No. 463. McCoy ET AL. *v.* ARKANSAS NATURAL GAS Co. December 5, 1932. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Mr. G. P. Bullis* for petitioners. *Mr. W. H. Arnold, Jr.,* for respondent.

No. 464. TOWNSEND, RECEIVER, *v.* SOUTH CAROLINA INSURANCE Co. ET AL. December 5, 1932. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Messrs. Charles A. Douglas, Edmund D. Campbell, Fred D. Townsend,* and *Thomas Henry Moffatt* for petitioner. *Mr. Irvine F. Belser* for respondents.

No. 467. SCHLOSS BROS. & Co., INC., *v.* MONONGAHELA NATIONAL BANK ET AL. December 5, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. George D. Wick* for petitioner. No appearance for respondents.